AO 442 (Rev. 01/09) Arrest Warrant

2065-1204-0457-J

11034204

# UNITED STATES DISTRICT COURT
for the
District of Oregon

United States of America
v.
Brianne Leigh Boothe

_____
Defendant

Case No. 6:19-mj-225-~~MPS~~ mk

**ORIGINAL**

FILED 14 JAN '20 08:53 USDC-ORE

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) Brianne Leigh Boothe,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
Bank Robbery, in violation of 18 U.S.C. § 2113(a)

Date: 12/2/19

_____
Issuing officer's signature

City and state: Eugene, Oregon

Mustafa T. Kasubhai, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 12.04.20 ... the person was arrested on (date) _____
at (city and state) _____ DATE ARRESTED BY FBI DENVER, CO

Date: _____

U.S. MARSHAL

_____
Arresting officer's signature

_____
Printed name and title