UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:20-cr-197-MC |
| v. | INFORMATION |
| BRIANNE LEIGH BOOTHE, | 18 U.S.C. § 2113(a) |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Bank Robbery)**
**(18 U.S.C. § 2113(a))**

On or about October 21, 2019 in the District of Oregon, defendant **BRIANNE LEIGH BOOTHE** did, by force, violence, and intimidation, unlawfully and knowingly take from an employee of Oregon Community Credit Union in Eugene, Oregon, approximately $2,967.40 in United States Currency, which was in the care, custody, control, management, and possession of Oregon Community Credit Union, the deposits of which were then insured by the National Credit Union Administration Board;

/ / /

/ / /

**Information**  **Page 1**
Revised April 2018

In violation of Title 18, United States Code, Section 2113(a).

Dated: June 29, 2020

                                              Respectfully submitted,

                                              BILLY J. WILLIAMS
                                              United States Attorney

                                              */s/ Gavin W. Bruce*
                                              GAVIN W. BRUCE
                                              Assistant United States Attorney